```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

RICK WALKUP,

                Plaintiff,

    - against -

ZAGER GUITAR INTERNATIONAL, INC.,

                Defendant.

───────────────────────────────────────

24-cv-6372 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to discuss settlement and provide an update to the Court by **December 27, 2024.** Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

**Dated:**     **New York, New York**
               **August 26, 2024**

                                            /s/ John G. Koeltl
                                               **John G. Koeltl**
                                    **United States District Judge**