UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICK WALKUP,

                    Plaintiff(s)

    -against-

ZAGER GUITAR INTERNATIONAL,

                    Defendant(s).
-----------------------------------------------------------X

24 civ 6372 (JGK)

## ORDER

The conference scheduled for December 11, 2024, at 3:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 4, 2024