**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RICK WALKUP, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Zager Guitar International, Inc.,<br><br>Defendant. | Case no. 1:24-cv-6372<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: December 19, 2024

asher cohen

Asher Cohen, Esq.
ASHER COHEN PLLC
2377 56th Dr,
Brooklyn, New York 11234
T: (718) 914-9694
E: acohen@ashercohenlaw.com
*Attorney for Plaintiff*